IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

JAMES D. HALLINAN,                        Civil File No. 2:12-cv-02273-JAR-GLR

        Plaintiff,

vs.                                           NOTICE OF DISMISSAL
                                               WITH PREJUDICE

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

---

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                               Respectfully submitted,

Dated: July 12, 2012                    By: /s/ J. Mark Meinhardt
                                               J. Mark Meinhardt, # 20245
                                               9400 Reeds Road, Suite 210
                                               Overland Park, Kansas 66207
                                               Telephone:   (913) 451-9797
                                               Facsimile:    (913) 451-6163
                                               Email:         Mark@meinhardtlaw.com
                                               **ATTORNEY FOR PLAINTIFF**